ACCEPTED
12-14-00336-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/6/2015 4:46:45 PM
CATHY LUSK
CLERK

NO. 12-14-00336-CV

IN THE
TWELFTH COURT OF APPEALS
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/6/2015 4:46:45 PM
CATHY S. LUSK
Clerk

FREDERICK DAWSON GRAHAM
VS
DENA MARIE TURNER

Appealed from the County Court at Law of
Nacogdoches County, Texas

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

The undersigned counsel for Appellant in this proceeding, Frederick Dawson Graham, moves the Court for an extension of time to file his Appellant's Brief in this proceeding, and in support of that request shows as follows:

### A. Introduction

1. Appellant is Frederick Dawson Graham. Appellee is Dena Marie Turner.

2. No rule limits the time within which to file this motion to extend. *See* TEX.R.APP.P. 38.6(d).

3.    Appellant's attorney attempted to contact Appellee's attorney but was unable to reach him for agreement or objection at this time.

## B.  Argument and Authorities

4.    The Court has the authority under TEXAS RULE OF APPELLATE PROCEDURE 38.6(d) to extend the time to file the brief.

5.    Appellant's brief is due on April 9, 2015.

6.    Appellant requests an additional fifteen (15) days to file his brief, extending the time until April 24, 2015.

7.    One extension has been previously granted to extend time to file Appellant's brief.

8.    Appellant needs additional time to file his brief because Appellant's counsel has been ill recently that caused him to miss several days work.  Due to that illness he has been unable to complete work on the brief and will not have it fully completed by April 9, 2015, when it is due.

WHEREFORE, the undersigned counsel for Appellant in this proceeding moves the Court to extend the time for a response until April 24, 2015.

Respectfully submitted,

Tom Rorie
State Bar No. 17238000
210 North Street
Nacogdoches, TX 75961
(936) 559-1188
(936) 559-0099 Fax
trorie@sbcglobal.net
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

On April 6, 2015, counsel for Appellant advised counsel for Appellee that he needed an extension, but has not heard from counsel for Appellee at this time.

_____
Tom Rorie

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on counsel for Appellee this 6th day of April, 2015, by e-file notice and by facsimile, to-wit:

        Mr. Jarett T. LaRochelle
        Attorney at Law
        Facsimile (713) 840-6351
        jarettlarochelle@yahoo.com

_____
Tom Rorie